A CERTIFIED TRUE COPY
ATTEST
By Jakeia Mells on Oct 29, 2009
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 13, 2009

FILED
CLERK'S OFFICE

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-8)

On June 10, 2009, the Panel transferred three civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 626 F.Supp.2d 1333 (J.P.M.L. 2009). Since that time, 15 additional actions have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable James Lawrence King.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge King.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of June 10, 2009, and, with the consent of that court, assigned to the Honorable James Lawrence King.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 29, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION                                               MDL No. 2036

## SCHEDULE CTO-8 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**              **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC  2  09-6967           Andrea Luquetta v. J.P. Morgan Chase Bank, N.A.

CALIFORNIA NORTHERN
  CAN  3  09-4700           Linda D. Ray v. Wells Fargo & Co., et al.

GEORGIA NORTHERN
  ~~GAN  1  09-2545~~           ~~Lawrence D. Hough, et al. v. Regions Financial Corp.~~
                                   **Opposed 10/27/09**

ILLINOIS NORTHERN
  ~~ILN  1  09-5909~~           ~~Yi Tang v. TCF Financial Corp.~~ **Opposed 10/28/09**

NORTH CAROLINA MIDDLE
  ~~NCM  1  09-678~~            ~~Lacy Barras v. Branch Banking & Trust Co.~~ **Opposed 10/27/09**



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By  Gracie Gomez
Deputy Clerk
Date  11/02/09

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION                                                              MDL No. 2036

## INVOLVED COUNSEL LIST (CTO-8)

Barry R. Davidson
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, FL 33131-3136

Burton H. Finkelstein
FINKELSTEIN THOMPSON LLP
1050 30th Street, N.W.
Washington, DC 20007

Robert C. Gilbert
ALTERS BOLDT BROWN
RASH & CULMO PA
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137

Harold M. Hewell
HEWELL LAW FIRM
105 West F Street
Suite 213
San Diego, CA 92101

William J. Holley, II
PARKER HUDSON RAINER & DOBBS
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA 30303

Ruben Honik
GOLOMB & HONIK PC
1515 Market Street
Suite 1100
Philadelphia, PA 19102

Laurence J. Hutt
ARNOLD & PORTER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-2513

Gary Walker Jackson
JACKSON & MCGEE LLP
521 East Boulevard
Charlotte, NC 28203

David McDaniel Jolley
COVINGTON & BURLING LLP
One Front Street
35th Floor
San Francisco, CA 94111

Frederic R. Klein
GOLDBERG KOHN BELL BLACK ET AL
55 East Monroe Street
Suite 3700
Chicago, IL 60603

Jeffrey Saul Kravitz
KRAVITZ LAW OFFICE
2310 J. Street
Suite A
Sacramento, CA 95816

Richard D. McCune, Jr.
MCCUNEWRIGHT LLP
2068 Orange Tree Lane
Suite 216
Redlands, CA 92374

Michael Montecalvo
WOMBLE CARLYLE
SANDRIDGE & RICE
One West 4th Street
Winston-Salem, NC 27101

Rosemary M. Rivas
FINKELSTEIN THOMPSON LLP
100 Bush Street
Suite 1450
San Francisco, CA 94104

**MDL No. 2036 - Involved Counsel List (CTO-8) (Continued)**

Howard Weil Rubinstein
914 Waters Avenue
Suite 20
Aspen, CO 81611

Lisa Marie Simonetti
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Suite 1600
Los Angeles, CA 90067-3086

Edward Adam Webb
WEBB KLASE & LEMOND LLC
1900 The Exchange, SE
Suite 480
Atlanta, GA 30339

Joe R. Whatley, Jr.
WHATLEY DRAKE & KALLAS LLC
1540 Broadway
37th Floor
New York, NY 10036

John R. Wylie
FUTTERMAN HOWARD WATKINS WYLIE & ASHLEY CHTD
122 South Michigan Avenue
Suite 1850
Chicago, IL 60603